ALBANY,
Feb. 1831.

Anon.

---

### ANON.

Notice of motion to *confirm an award* of arbitrators is not necessary, if a *term* has intervened since the publication of the award ; if confirmation be asked at the next term after publication, notice must be given.

February 3.  ON motion to confirm an award of arbitrators and for judgment, it was objected that notice of the application had not been given to the party sought to be charged, as was decided to be necessary, 5 *Wendell,* 102. It appeared that a *term* of this court had intervened since the publication of the award.

*By the Court,* SAVAGE, Ch. J.  A party to a submission may, at the next term after the publication of the award, move the court to modify or correct it. 2 *R. S.* 542, § 11, 12. If the party, in whose favor the award is made, at such next term asks for a confirmation of the award, notice of the application must be given ; but where a term has intervened, notice is not necessary.